# EXHIBIT 1

EXHIBIT 1

Home | About Us | Fax Congress | Politics | Immigration | Opinion | Resources | Contribute | Contact Us |

## ABOUT AMERIPAC

Since 1980, **AmeriPAC** has helped fund and elect a large number of candidates to public office. In addition to direct financial support of candidates, **AmeriPAC** also makes independent expenditures, funding proven campaign techniques such as media appearances, press releases, newspaper and magazine advertisements, direct mail, yard signs, television and radio commercials, bumper stickers, and billboards. Scores of candidates from coast-to-coast have received direct and indirect support through **AmeriPAC**.

Senator **Connie Mack** (R-FL), Congressman **Harold Volkmer** (D-MO), Congressman **Bill McCollum** (R-FL), Senator **Slade Gorton** (R-WA), Congressman **Lamar Smith** (R-TX), Congresswoman **Barbara Vucanovich** (R-NV), Congressman **David Dreier** (R-CA), Congressman **Bob Dornan** (R-CA), Senator **Trent Lott** (R-MS), Congressman **Newt Gingrich** (R-GA), Senator **John McCain** (R-AZ), Senator **Spence Abraham** (R-MI), Senator **Kay Bailey Hutchison** (R-TX), Senator **John Kyl** (R-AZ), Congressman **Jack Metcalf** (R-WA), Senator **John Ashcroft** (R-MO), Senator **Bill Frist** (R-TN)

In addition to direct financial support of candidates, AmeriPAC also makes independent expenditures, funding proven campaign techniques such as media appearances, press releases, newspaper and magazine advertisements, direct mail, yard signs, television and radio commercials, bumper stickers, and billboards.

Scores of candidates from coast-to-coast have received direct and indirect support through AmeriPAC.

Alan W Gottlieb
**Alan Gottlieb**
President & Founder

**Refer this Page to A Friend! Click Here.**

What do you think of ObamaCare?

- **a) Too Expensive**
- **b) Does Not Do Enough**
- **c) Raises My Taxes**

First Name:
Last Name:
Email:
Submit

### AmeriPAC Bookstore

Click Cover To Order

**AmeriPAC.org (American Political Action Committee)** on Facebook

AmeriPAC.org (American Political Action Committee) on Facebook

AmeriPAC
**AmeriPACorg**



Brewer Condemns Report to UN Mentioning Ariz. law http://www.ameripac.org/... http://fb.me/EUNc1wTo
22 hours ago

Washington Passes Secret Energy Tax http://www.ameripac.org/... http://fb.me/GKU6NW8e
22 hours ago

GOP Plans Wave of White House Probes http://www.ameripac.org/... http://fb.me/vI5aRW2M
22 hours ago

How Many Deaths Before Obama Takes Border Security Seriously? http://www.ameripac.org/... http://fb.me/zZgbKEZb
3 days ago

Sheriff Babeu: It's 'An Outrage' Obama Stopped Building Border Fence http://www.ameripac.org/... http://fb.me/ASm7GCKK
3 days ago

twitter Join the conversation

View Our Site's Privacy Policy Here.

# EXHIBIT 2

EXHIBIT 2

reviewjournal.com

Powered by Clickability

Feb. 28, 2010
Copyright © Las Vegas Review-Journal

# POLL: Obama's visit just bounced off Reid

## Poll shows senator gained little ground in re-election battle

By STEVE TETREAULT
© 2010 LAS VEGAS REVIEW-JOURNAL

WASHINGTON -- During his whirlwind visit to Las Vegas two weeks ago, President Barack Obama mentioned U.S. Sen. Harry Reid by name four dozen times, gave him a big hug and talked him up as if he was a long-lost brother.

In remarks that could not have been more laudatory, Obama repeatedly characterized the veteran Democratic leader as a man "made of very strong stuff" who was making the right decisions for the state back in the nation's capital.

But as Reid faces an uphill path to win re-election to a fifth Senate term, Obama's enthusiastic endorsement does not appear to have improved the Senate majority leader's standing among constituents, according to a new poll conducted for the Las Vegas Review-Journal.

Reid got no bounce from Obama's visit on Feb. 19, when the president spoke highly of him at Green Valley High School and to business leaders at CityCenter, polling indicates.

A larger percentage of voters surveyed (17 percent) said they would be less likely to vote for Reid following the president's visit than said they would be more likely to vote for him (7 percent). Seventy-five percent said Obama's visit would have no effect on how they vote.

"Reid was not helped, and Obama was not any more popular than he was before he came to the state," said Brad Coker, managing director at Mason-Dixon Polling & Research.

Obama's day in Vegas "did not have much of an effect" on Reid's re-election chances, notably among independent voters, Coker said.

"The independents hold the key to Reid, and for Reid there is no sign he is cracking them right now," he said.

Mason-Dixon researchers spoke over the phone with 625 likely Nevada voters Monday through Wednesday. The poll's margin of error is plus or minus 4 percentage points.

A political boost for Reid "wasn't the intent of the visit," Reid spokesman Jon Summers said.

"Senator Reid asked the president to come to Nevada to talk about jobs and the economy and in doing so they announced $100 million to help Nevadans who are underwater in their homes," Summers said.

Regarding Obama's trip to Las Vegas, the president's lack of a coattail for Reid to ride says as much about Nevadans' ambivalence toward the president as it does about the senator, Coker said.

Reid's renewed focus on passing jobs bills in the Senate continues to be overshadowed in voters' minds by Obama's association with the unpopular health care debate, including Thursday's daylong health summit , Coker said.

"It would be to Obama and Reid's advantage to get off health care and get onto issues that people want them to work on," Coker said.

But Obama's visit served several purposes for Reid that wouldn't turn up in the numbers, at least not yet, said Mark Peplowski, a political science professor at the College of Southern Nevada.

One purpose is to excite the Democratic base, particularly younger voters and occasional voters who went with Obama in 2008 and need to be re-energized.

"Pollsters now are talking with inveterate voters, but Obama and Reid are looking long term at nine months from now because Harry doesn't have a primary race," Peplowski said.

David Damore, a UNLV professor, said Reid's ability to put Obama together with business leaders, as he did at a fundraiser and again at CityCenter, shows power brokers, including Republican ones, that he can continue to deliver.

That might cement Reid's support later among people who otherwise might think about contributing to his Republican challenger, Damore said.

Contact Stephens Media Bureau Chief Steve Tetreault at stetreault@reviewjournal.com or 202-783-1760.

**Find this article at:**
http://www.lvrj.com/news/obama_s-visit-just-bounced-off-reid-85760197.html

Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

EXHIBIT 3

Ameripac | POLL: Obama's visit just bounced off Reid Page 1 of 2

Home | Politics | Immigration | Opinion | Fax Congress | About Us | Contribute | Contact Us

# POLL: Obama's Visit Just Bounced Off Reid

**Tuesday, March 2, 2010 • Steve Tetreault**

Share / Save

0 tweets

tweet

WASHINGTON -- During his whirlwind visit to Las Vegas two weeks ago, President Barack Obama mentioned U.S. Sen. Harry Reid by name four dozen times, gave him a big hug and talked him up as if he was a long-lost brother.

In remarks that could not have been more laudatory, Obama repeatedly characterized the veteran Democratic leader as a man "made of very strong stuff" who was making the right decisions for the state back in the nation's capital.

But as Reid faces an uphill path to win re-election to a fifth Senate term, Obama's enthusiastic endorsement does not appear to have improved the Senate majority leader's standing among constituents, according to a new poll conducted for the Las Vegas Review-Journal.

Reid got no bounce from Obama's visit on Feb. 19, when the president spoke highly of him at Green Valley High School and to business leaders at CityCenter, polling indicates.

A larger percentage of voters surveyed (17 percent) said they would be less likely to vote for Reid following the president's visit than said they would be more likely to vote for him (7 percent). Seventy-five percent said Obama's visit would have no effect on how they vote.

"Reid was not helped, and Obama was not any more popular than he was before he came to the state," said Brad Coker, managing director at Mason-Dixon Polling & Research.

Obama's day in Vegas "did not have much of an effect" on Reid's re-election chances, notably among independent voters, Coker said.

"The independents hold the key to Reid, and for Reid there is no sign he is cracking them right now," he said.

Mason-Dixon researchers spoke over the phone with 625 likely Nevada voters Monday through Wednesday. The poll's margin of error is plus or minus 4 percentage points.

A political boost for Reid "wasn't the intent of the visit," Reid spokesman Jon Summers said.

"Senator Reid asked the president to come to Nevada to talk about jobs and the economy and in doing so they announced $100 million to help Nevadans who are underwater in their homes," Summers said.

Regarding Obama's trip to Las Vegas, the president's lack of a coattail for Reid to ride says as much about Nevadans' ambivalence toward the president as it does about the senator, Coker said.

*(Remember, all Ameripac Alerts and Articles are also found on Twitter and Facebook!)*

Reid's renewed focus on passing jobs bills in the Senate continues to be overshadowed in voters' minds by Obama's association with the unpopular health care debate, including Thursday's daylong health summit , Coker said.

"It would be to Obama and Reid's advantage to get off health care and get onto issues that people want them to work on," Coker said.

But Obama's visit served several purposes for Reid that wouldn't turn up in the numbers, at least not yet, said Mark Peplowski, a political science professor at the College of Southern Nevada.

One purpose is to excite the Democratic base, particularly younger voters and occasional voters who went with Obama in 2008 and need to be re-energized.

"Pollsters now are talking with inveterate voters, but Obama and Reid are looking long term at nine months from now because Harry doesn't have a primary race," Peplowski said.

David Damore, a UNLV professor, said Reid's ability to put Obama together with business leaders, as he did at a fundraiser and again at CityCenter, shows power brokers, including Republican ones, that he can continue to deliver.

That might cement Reid's support later among people who otherwise might think about contributing to his Republican challenger, Damore said.

Original Article

**Refer this Page to A Friend! Click Here.**

NOTICE
To: Congress
Date: November, 2010
Time: N/A
Comment: You're FIRED
Failure to do your job, replacement needed
Authorized By: We The People

Click Image To Send YOUR Pink Slip to Congress!

What do you think of ObamaCare?
a) Too Expensive
b) Does Not Do Enough
c) Raises My Taxes
First Name:
Last Name:
Email:
Submit

"The Common Sense Gun Lobby"
CCRKBA
CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS

Second Amendment Foundation

**AmeriPAC Bookstore**

THESE DOGS DON'T HUNT
Alan Gottlieb & Dave Workman

America Fights Back
Armed Self-Defense In A Violent Age
Alan Gottlieb
Dave Workman

http://www.ameripac.org/news-updates/poll-obamas-visit-just-bounced-off-reid/ 5/18/2010

 

**Click Cover To Order**



**AmeriPAC.org (American Political Action Committee)** on Facebook

AmeriPAC.org (American Political Action Committee) on Facebook



AmeriPAC
**AmeriPACorg**

Primaries In 4 States, 1 House Election
http://www.ameripac.org/... http://bit.ly/cLnxjH
42 minutes ago

Obama Rule Change Favors Labor Unions
http://www.ameripac.org/... http://bit.ly/a71zUF
about 1 hour ago

The Spectre Of Arlen http://bit.ly/b7hK7i
#arlenspecter is losing
22 hours ago

The Spectre Of Arlen
http://www.ameripac.org/... http://bit.ly/9JyPTk
22 hours ago

Tell Congress They're FIRED! http://is.gd/cdz7a
http://bit.ly/dtLIg5
22 hours ago

twitter                    Join the conversation

View Our Site's Privacy Policy Here.

# EXHIBIT 4

EXHIBIT 4

*-APPLICATION-*

## Title

**Title of Work:** Obama's visit just bounced off Reid

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 28, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Operating Officer

**Email:** dbrownell@righthaven.com **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV 89129-7701 United States

## Certification

**Name:** Steven A. Gibson

**Date:** May 12, 2010

**Applicant's Tracking Number:** 0001693

---

**Registration #:**

**Service Request #:** 1-398847046

**Application Date:** 05-12-2010 23:54:38

## Correspondent

**Organization Name:** Righthaven LLC

**Name:** Steven A. Gibson

**Address:** 9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States